UNITED STATES *v.* MANN.

(*Circuit Court, W. D. Michigan, N. D.* October 1, 1887.)

Indictment for Trespass on Government Lands, cutting and removing timber.

JACKSON, J. The questions presented on the motion for new trial in this case are substantially the same as those considered and determined in the foregoing case of *U. S.* v. *Murphy, ante,* 376, and the conclusions reached in that case are equally applicable to this. The motion for a new trial is accordingly overruled and disallowed.